**Order entered January 10, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01411-CV

**STANLEY V. GRAFF, INDEPENDENT EXECUTOR OF THE ESTATE OF ALVIN V. GRAFF, DECEASED, Appellant**

**V.**

**2920 PARK GROVE VENTURE, LTD., CAREY PLATT, AND CEC REALTY, INC, Appellees**

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-16-3905-2**

## ORDER

At our request, appellant has provided written verification he has requested the reporter's record and has paid the reporter's fee. Accordingly, we **ORDER** court reporter Terri Etekochay to file the record no later than January 30, 2017.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Etekochay.

/s/ CRAIG STODDART
   JUSTICE